## J. Beidler Camp, Appellant, v. Munger's Laundry Company, Appellee.

### Gen. No. 40,883.

Heard in third division, first district, at October term, 1939; opinion filed February 14, 1940; rehearing denied March 12, 1940. Julius Kreeger, for appellant; Julius Kreeger and Allen Sinsheimer, Jr., of counsel; George D. Sullivan, for appellee; John E. Crahen, of counsel. Opinion by JUSTICE HEBEL. ''Not to be published in full.''